# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

1010 Northern Boulevard
Suite 328
Great Neck, NY 11021
Tel. No. 516.248.5550
Fax No. 516.248.6027

March 20, 2018

*Via Electronic Case Filing*
The Honorable Katherine H. Parker
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Dey et al. v. Saifi et al.* Docket No.: 1:17-cv-02049 (KHP)

Dear Judge Parker:

  As the Court knows, this office represents the Plaintiffs in the above-referenced matter. We submit this letter and attached fully executed settlement agreement - - signed by all parties - - to supplement our motion filed yesterday seeking approval of the parties' settlement in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). As explained in yesterday's motion papers, ECF # 45 at 1 n.1, the agreement filed yesterday only contained Plaintiffs' signatures. We now submit the fully executed agreement for the Court's review. For the reasons set forth in our motion, we respectfully request that the Court approve the parties' settlement in its entirety, and enter the order appended to the parties' attached settlement agreement.

  We thank the Court for its time and attention to this matter.

              Respectfully submitted,

              Michael R. Minkoff, Esq.
                 *For the Firm*

To: All Counsel via ECF

Enclosure